# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES W. LEWIS,<br><br>       Plaintiff,<br><br> v.<br><br>FLAGSTAR BANK, a Federally Chartered Savings Bank; and any Alleged, "Un-Noticed" "New Creditor",<br><br>       Defendants. | Case No.: EDCV16-00452-JAK (KKx)<br><br>**JUDGMENT**<br><br>**JS-6** |

**IT IS HEREBY ORDERED AND ADJUDGED THAT**:

    1.    All claims brought against Flagstar Bank are **DISMISSED** with prejudice.

    2.    The claims brought against the unnamed defendant are **DISMISSED**, without prejudice.

    3.    This action is **DISMISSED**.


    **IT IS SO ORDERED**.


Dated:  October 21, 2016

_____
**JOHN A. KRONSTADT**
**UNITED STATES DISTRICT JUDGE**